# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,          :

    v.          :

ZION COHEN,          :     08 Cr.

    Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**08 CRIM. 0159 (SCR)**

    **ZION COHEN**, the above-named defendant, who is accused of violating Title 26, United States Code, Section 7201, having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

    _____
    Defendant.

    _____
    Counsel for Defendant.

Date:   White Plains, New York
       February 27, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

