```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X

UNITED STATES OF AMERICA        :        NOTICE OF APPEARANCE

            - v -                :
                                          08 Cr. 159 (SCR)
ZION COHEN,                      :

            Defendant.           :

-------------------------------X
```

       Please take notice that Michael P. Ben'Ary, Special Assistant United States Attorney, is entering his appearance as counsel for the Government in the above captioned case.

Dated: March 5, 2008
New York, New York

                                       MICHAEL J. GARCIA
                                       United States Attorney

                             By:   s/Michael P. Ben'Ary
                                    MICHAEL P. BEN'ARY
                                    Special Asst. United States Attorney
                                    (212) 637-2192
                                    (202) 514-5150