

MARTIN GROSSBACH
PATRICIA A. HAYES

CANDICE S. GROSSBACH *
CHRISTOPHER S. TRAMAGLINI

* ADMITTED IN NY AND MA

# MEMO ENDORSED

April 21, 2008

**VIA FAX TO 914-390-4179**

United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

08cr 159(SCR)

**Attention: Hon. Stephen C. Robinson**

                              Re:    **United States v. Zion Cohen**

Dear Judge Robinson:

    In furtherance of our request for permission by our client, Zion Cohen, to travel to Philadelphia, I received a return telephone call from Michael Ben'Ary, Esq. early this morning, as he was unavailable on Friday and did not receive my letter until today.

    Mr. Ben'Ary indicated that the U.S,. Attorney has no objection to our client traveling to Philadelphia. He indicated that if you needed to speak to him directly, he is available all day today.

    Accordingly, we respectfully request that you reconsider the denial issued on Friday, which I assume was a result of not having the consent of the U.S. Attorney, and allow our client to travel to Philadelphia for the remainder of this week.

    Thank you for the Court's consideration in this matter.

Very truly yours,

MARTIN GROSSBACH, P.C.

MARTIN GROSSBACH

*[handwritten endorsement:]* Zion Cohen may travel to Philadelphia through April 26, 2008
SO ORDERED)
*/s/ Stephen C. Robinson*

MG/ct
Encl
cc:    Zion Cohen
        Lawrence Maffei, Esq.

*[filed stamp:]* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____

800 Westchester Avenue • Suite 412S • Rye Brook, New York 10573
Tel: (914) 631-6666 • (800) 792-1077 • Fax: (914) 524-7070
www.grossbachlaw.com